SOFTWARE FREEDOM LAW CENTER
1995 BROADWAY, 17TH FLOOR
NEW YORK NY 10023
212-461-1911          Ref. No.         : 0441344-01
                      Atty. File No.   : 07CV10455

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : ANDERSEN | Case No.: 07CV10455 |
| DEFENDANT | : XTERASYS CORPORATION | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT

3. a. Party served     :    XTERASYS CORP.
                            AGENT FOR SERVICE: LARRY PERNG
   b. Person served    :    Party in item 3a

4. Address where the party was served 1311 JOHN REED CT.
                                      CITY OF INDUSTRY, CA  91745

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on November 21, 2007  (2) at: 03:05 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    XTERASYS CORP.
                       AGENT FOR SERVICE: LARRY PERNG
   under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. JOE CASILLAS
   b. KNOX SERVICES
      2201 E. 4th Street, P.O. Box 11960
      Santa Ana, California  92705
   c. 714-479-1650

   d. Fee for service: $69.50
   e. I am:
      (3) a registered California process server
          (i)   an employee
          (ii)  Registration No. 5393
          (iii) County: Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 28, 2007              Signature: _____
                                                JOE CASILLAS

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)