UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-07
```

ERIK ANDERSON, an individual;
ROB LANDLEY, an individual,

       Plaintiffs,

    v.

XTERASYS CORPORATION, a
California corporation,

       Defendant.
----------------------------------------x

Case No. 07-CV-10455-PKC

**ORDER TO EXTEND TIME FOR
DEFENDANT TO FILE ANSWER**

    IT IS HEREBY ORDERED that Defendant Xterasys Corporation has until January 11, 2008, to answer the Complaint filed on November 19, 2007, by Plaintiffs Erik Andersen and Rob Landley.

    IT IS SO ORDERED.

DATED: 12-7-07

                                      HON. P. KEVIN CASTEL
                                      United States District Judge