USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12·17·07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

       Plaintiff,

v.

XTERASYS CORPORATION, a
California corporation,

       Defendant.

------------------------------------------------------x

Case No. 07-CV-10455-PKC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Erik Andersen and Rob Landley hereby dismiss this action against defendant Xterasys Corporation WITHOUT PREJUDICE, and without costs to any party.

DATED: New York, NY

_____, 2007

SOFTWARE FREEDOM LAW CENTER

Daniel B. Ravicher, Esq. (DR1498)
1995 Broadway, 17th Floor
New York, NY 10023-5882
(212) 580-0800

*Attorneys for plaintiffs Erik Andersen and Rob Landley*

SO ORDERED:

Hon. P. Kevin Castel
United States District Judge
12-17-07